# EXHIBIT A

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

DENA ALLEN, an individual,

    Plaintiff,

v.

PRIMEFLIGHT AVIATION SERVICES, INC.,
a Foreign profit corporation; and ULTIMATE
AIRCRAFT APPEARANCE (GEORGIA), LLC,
a Foreign Limited Liability Company, d/b/a
PRIMEFLIGHT AVIATION SERVICES,

    Defendants.
_____/

CASE NO.

## **COMPLAINT**

COMES NOW, the Plaintiff, DENA ALLEN, an individual, by and through the undersigned attorneys, and sues the Defendants, PRIMEFLIGHT AVIATION SERVICES, INC., a Foreign for profit Corporation, (hereinafter referred to as "PRIMEFLIGHT") and ULTIMATE AIRCRAFT APPEARANCE (GEORGIA), LLC, a Foreign Limited Liability Company d/b/a PRIMEFLIGHT AVIATION SERVICES, (hereinafter referred to as "ULTIMATE AIRCRAFT") and alleges:

1. Jurisdiction is proper because this is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and any applicable attorney's fees.

2. Venue is proper because this action arises out of personal injuries that have occurred in Orange County, Florida.

3. At all times materials hereto, Defendant, PRIMEFLIGHT AVIATION SERVICES, INC., was a foreign profit corporation, authorized to do business in Orange County,

Florida, who was contracted to provide cleaning services for the Southwest Corporate Building located at 9955 AirTran Blvd, Orlando, Florida 32827.

4. At all times materials hereto, Defendant, ULTIMATE AIRCRAFT APPEARANCE (GEORGIA), LLC, a Foreign Limited Liability Company d/b/a PRIMEFLIGHT AVIATION SERVICES, was a foreign profit corporation, authorized to do business in Orange County, Florida, who was contracted to provide cleaning services for the Southwest Corporate Building located at 9955 AirTran Blvd, Orlando, Florida 32827.

5. At all times material hereto, Plaintiff, DENA ALLEN, was a resident of Orange County, Florida.

6. At all times material hereto, DENA ALLEN, was an individual who was an employee of Southwest Airlines, and who worked at the Southwest Corporate Building located at 9955 AirTran Boulevard, Orlando, Florida 32827.

7. On or about April 22, 2021, while working in the Southwest Corporate Building, Plaintiff was injured when she slipped and fell on the tile floor that had been negligently sprayed with stainless steel door cleaner or some other type of cleaning material by employee(s) of the Defendant, PRIMEFLIGHT AVIATION SERVICES, INC., while cleaning the restroom.

8. On or about April 22, 2021, while working in the Southwest Corporate Building, Plaintiff was injured when she slipped and fell on the tile floor that had been negligently sprayed with stainless steel door cleaner or some other type of cleaning material by employee(s) of the Defendant, ULTIMATE AIRCRAFT APPEARANCE (GEORGIA), LLC, while cleaning the restroom.

9. At all times material to this action, Defendant, PRIMEFLIGHT AVIATION SERVICES, INC. had a duty to take reasonable care to maintain the restroom of the Southwest Corporate Building in a reasonably safe condition.

10. At all times material to this action, Defendant, ULTIMATE AIRCRAFT APPEARANCE (GEORGIA), LLC, a Foreign Limited Liability Company d/b/a PRIMEFLIGHT AVIATION SERVICES, had a duty to take reasonable care to maintain the restroom of the Southwest Corporate Building in a reasonably safe condition.

## COUNT I
## NEGLIGENCE CLAIM AGAINST DEFENDANT, PRIMEFLIGHT AVIATION SERVICES, INC.

11. Plaintiff, DENA ALLEN, adopts by reference paragraphs one (1) through ten (10) above and further alleges:

12. At all times material to this action, Defendant, PRIMEFLIGHT, had a duty to take reasonable care to maintain the restroom of the Southwest Corporate Building in a reasonably safe condition.

13. On or about April 22, 2021, while working in the Southwest Corporate Building, Plaintiff was injured when she slipped and fell on the tile floor that had been negligently sprayed with stainless steel door cleaner or some other cleaning material by Defendant's employee(s) while cleaning the restroom.

14. The slippery floor constituted an unreasonably dangerous and improperly maintained area in the restroom and was created by the negligence of agents or employees of Defendant, PRIMEFLIGHT.

15. The unreasonably dangerous condition existed for an unreasonable amount of time and Defendant, PRIMEFLIGHT, by and through its agents and employees, should

have discovered its existence and cleaned up the tile floor prior to permitting Southwest employees, including Plaintiff, to enter the restroom.

16. Defendant, PRIMEFLIGHT, through its agents and/or employees, negligently created the dangerous condition in the restroom by negligently spraying the tile floor with a slippery stainless steel door cleaner or some other cleaning material.

17. Defendant, PRIMEFLIGHT, through its agents and/or employees, negligently maintained and/or inspected the above described restroom in that it knew or should have known of the dangerous condition of the premises and did not warn of, or correct the dangerous condition which presented an unreasonable risk of harm to the Plaintiff, DENA ALLEN.

18. Defendant, PRIMEFLIGHT, was negligent in at least the following respects:

   a. By overspraying the stainless steel cleaner or other cleaning material, thereby causing the slippery substances to fall onto the tile floor;

   b. By failing to notice the cleaning material was on the floor and failing to remove it from the floor prior to permitting Plaintiff to walk into the restroom and encounter the slippery material;

   c. By failing to cordon off the area containing the slippery material in order to prevent Plaintiff from walking on the slippery floor;

   d. By failing to place signage or cones warning Plaintiff of the slippery floor; and

   e. By failing to identify and remove the slippery cleaning material from the floor before permitting Plaintiff to enter the restroom.

19. As a direct and proximate result of the negligence aforesaid, Plaintiff, DENA ALLEN, sustained injuries to her body and mind, experienced physical and mental

injuries, disfigurement to her body and mind, experienced an aggravation of a preexisting condition, incurred medical and travel expenses for treatment and care of her injuries and sustained loss of earnings as well as loss of earning capacity, all of which damages are permanent and continuing in nature.

WHEREFORE, the Plaintiff, DENA ALLEN, an individual, demands judgment against Defendant, PRIMEFLIGHT AVIATION SERVICES, INC., a foreign profit corporation, for an amount in excess of Fifty Thousand Dollars ($50,000.00), exclusive of costs, interest, and any applicable attorneys' fees and further demands trial by jury of all issues so triable.

## COUNT II
## NEGLIGENCE CLAIM AGAINST DEFENDANT, ULTIMATE AIRCRAFT APPEARANCE (GEORGIA), LLC,

20. Plaintiff, DENA ALLEN, adopts by reference paragraphs one (1) through ten (10) above and further alleges:

21. At all times material to this action, Defendant, ULTIMATE AIRCRAFT, had a duty to take reasonable care to maintain the restroom of the Southwest Corporate Building in a reasonably safe condition.

22. On or about April 22, 2021, while working in the Southwest Corporate Building, Plaintiff was injured when she slipped and fell on the tile floor that had been negligently sprayed with stainless steel door cleaner or some other cleaning material by Defendant's employee(s) while cleaning the restroom.

23. The slippery floor constituted an unreasonably dangerous and improperly maintained area in the restroom and was created by the negligence of agents or employees of Defendant, ULTIMATE AIRCRAFT.

24. The unreasonably dangerous condition existed for an unreasonable amount of time and Defendant, ULTIMATE AIRCRAFT, by and through its agents and employees, should have discovered its existence and cleaned up the tile floor prior to permitting Southwest employees, including Plaintiff, to enter the restroom.

25. Defendant, ULTIMATE AIRCRAFT, through its agents and/or employees, negligently created the dangerous condition in the restroom by negligently spraying the tile floor with a slippery stainless steel door cleaner or some other cleaning material.

26. Defendant, ULTIMATE AIRCRAFT, through its agents and/or employees, negligently maintained and/or inspected the above described restroom in that it knew or should have known of the dangerous condition of the premises and did not warn of, or correct the dangerous condition which presented an unreasonable risk of harm to the Plaintiff, DENA ALLEN.

27. Defendant, ULTIMATE AIRCRAFT, was negligent in at least the following respects:

    a. By overspraying the stainless steel cleaner or other cleaning material, thereby causing the slippery substances to fall onto the tile floor;

    b. By failing to notice the cleaning material was on the floor and failing to remove it from the floor prior to permitting Plaintiff to walk into the restroom and encounter the slippery material;

    c. By failing to cordon off the area containing the slippery material in order to prevent Plaintiff from walking on the slippery floor;

    d. By failing to place signage or cones warning Plaintiff of the slippery floor; and

e. By failing to identify and remove the slippery cleaning material from the floor before permitting Plaintiff to enter the restroom.

28. As a direct and proximate result of the negligence aforesaid, Plaintiff, DENA ALLEN, sustained injuries to her body and mind, experienced physical and mental injuries, disfigurement to her body and mind, experienced an aggravation of a preexisting condition, incurred medical and travel expenses for treatment and care of her injuries and sustained loss of earnings as well as loss of earning capacity, all of which damages are permanent and continuing in nature.

WHEREFORE, the Plaintiff, DENA ALLEN, an individual, demands judgment against Defendant, ULTIMATE AIRCRAFT APPEARANCE (GEORGIA), LLC, a Foreign Limited Liability Company d/b/a PRIMEFLIGHT AVIATION SERVICES, for an amount in excess of Fifty Thousand Dollars ($50,000.00), exclusive of costs, interest, and any applicable attorneys' fees and further demands trial by jury of all issues so triable.

DATED this 12th day of March, 2025.

Respectfully submitted,

/s/ Robert N. Hemphill
ROBERT N. HEMPHILL, ESQ
Florida Bar No.: 104795
Cullen & Hemphill, PLC
101 S. New York Ave., Suite 205
Winter Park, FL 32789
Telephone: (407) 254-4901
Telecopier: (321) 496-1775
rnh@cullen-hemphill.com
cindy@cullen-hemphill.com
mtl@cullen-hemphill.com
Attorneys for Plaintiff